BEFORE THE SECOND DIVISION, NOVEMBER 22, 1966

**No. P66/349.**—L. Batlin & Son, Inc. *v.* United States, protest 64/4022 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of battery-operated mixers similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 23, 1966

**No. P66/350.**— F. B. Wilcon *v.* United States, protests 58/21012 and 59/29714 (Boston).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of fish fillets, bits, and pieces, compressed and frozen in blocks, similar in all material respects to those the subject of *Gorton's of Gloucester, Inc.* v. *United States* (52 CCPA 86, C.A.D. 863), the claim of the plaintiff was sustained.

**No. P66/351.**—Weather Rite Sportswear *v.* United States, protest 61/9490(B) (New York).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.